# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| GUSTAVO CRUZ | CASE NUMBER: 1:17-mj-00216 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about January 1, 2016, in Marion County, in the Southern District of Indiana defendant did,

Count 1 Sexual Exploitation of a Child

in violation of Title 18, United States Code, Sections 2251(a).   I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____
Andrew Willmann, Special Agent, FBI

**Sworn to before me, and subscribed in my presence**

March 31, 2017     at   Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge     _____
**Name and Title of Judicial Officer**                        **Signature of Judicial Officer**

## AFFIDAVIT

I, Andrew Willmann, a Special Agent with the FBI, hereby depose and state as follows:

1. **Affiant**: I am a Special Agent with the Federal Bureau of Investigation, and have been since June 2014. I am currently assigned to the Indianapolis Violent Crimes Against Children Task Force. I completed five months of training at the FBI Academy in Quantico, Virginia. I have taken classes related to cyber-criminal activity as well as classes related to the exploitation of children. I have investigated and been involved in the investigation of internet crimes against children since November 2014.

2. **Information provided**: The statements in this affidavit are based in part on information provided by the persons listed below, including Indianapolis Metropolitan Police Department Detective Laura Smith of the Cyber Crimes Unit and Det. Jonathon Schultz of the Child Abuse Unit. Because this affidavit is being submitted for the limited purpose of securing a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation.

3. **Requested action**: I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging Gustavo Cruz (CRUZ) with COUNT 1: Sexual Exploitation of a Child, on or about between January 1, 2016 to March 29, 2017, in violation of 18 U.S.C. §2251(a).

4. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Gustavo Cruz** (Cruz), DOB xx-xx-1975 (known to affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere: **Count 1: Sexual Exploitation of a Child**: Within the Southern District of Indiana, in the Indianapolis area, **Gustavo Cruz**, sexually exploited Minor Victim 1, a child who is less than 12 years of age, by

using her to create visual depictions of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2251(a).

5. **Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child (18 U.S.C. § 2251(a))**: This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed." It is also a crime to attempt to sexually exploit a child. 18 U.S.C. § 2251(e).

6. **Definitions**: The following definitions apply to this Affidavit:

    A. "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

    B. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic

abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

C. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

### Case Specific Probable Cause

7. **Initial Disclosure:** On March 21, 2017, the Indianapolis Metropolitan Police Department received a report that an 11 year old was alleging that she was sexually abused by a male relative. This child, Minor Victim 1, told the police officer that CRUZ took pictures and videos of her on his Samsung cell phone.

8. **Forensic Interview of Minor Victim 1**: On March 23, 2017, Minor Victim 1 was forensically interviewed at the Marion County Child Advocacy Center. During this interview, Minor Victim 1 disclosed that CRUZ has sexually abused her over a period of years.

A. Minor Victim 1 disclosed that the sexual abused included times when CRUZ put his penis into the vagina of Minor Victim 1.

B. She described instances when CRUZ would sexually abuse her after he picked her up from school and was able to provide details about the instances of sexual abuse.

C. Minor Victim 1 also disclosed that she had witnessed CRUZ put his hands down the pants of her sister, who was also a minor child ("Minor Victim 2").

D. Minor Victim 1 told the interviewer that CRUZ took pictures of her when she was naked, including images of her breasts and vagina. Minor Victim 1 said that Cruz took photographs and videos of him sexually abusing her and that CRUZ would

show her the images / videos afterwards. CRUZ also showed Minor Victim 1 videos of two people having sex and told her that this "is what people do all over the world."

    E.    Minor Victim 1 told the interviewer that CRUZ used a white Samsung cell phone to make the recordings. He loaded images of her onto a desktop computer in his bedroom in a house on Norfolk Circle in Indianapolis in the Southern District of Indiana.

9.    **Search Warrant from March 23, 2017:** On March 23, 2017, Detective Jonathon Schultz of the Indianapolis Metropolitan Police Department obtained a search warrant for 1342 Norfolk Circle in Indianapolis, Marion County, IN. The search warrant permitted photography inside of the bedroom of CRUZ's wife and allowed for a seizure of computers, laptops, electronic tablets, cell phones, and other electronic storing devices found inside of the Norfolk residence and / or inside of a vehicle that was associated with CRUZ. Schultz and other officers executed the warrant on March 24, 2017 at the Norfolk address. During that search, officers recovered a HP Pavilion PC tower, a tablet, a white Samsung cell phone, a hard drive, and various storage media, among other devices.

10.    **CRUZ interview:** On March 24, 2017, Det. Schultz interviewed CRUZ. CRUZ denied the sexual abuse of Minor Victim 1 and Minor Victim 2.

11.    **Search Warrant from March 27, 2017:** On March 27, 2017, Det. Schultz applied for another search warrant in Marion County, Indiana, to permit a search of the electronic devices and storage media that had been seized from the Norfolk address on or about March 24, 2017. The Search Warrant was granted and investigator(s) from the IMPD Cyber Crimes division examined the HP Pavilion PC Tower that had been seized from the Norfolk address.

12. **Videos and Images of Minor Victim 1 and CRUZ:** The HP Pavilion PC tower seized on March 24, 2017 contained at least thirteen videos containing child pornography. Many of the images depicted sexual acts performed on Minor Victim 1 by CRUZ. The following files were located on the HP Pavilion PC:

A. The file titled **20160129_151115** is a video lasting 2 minutes and 56 seconds. The video depicts Minor Victim 1 lying on her back. She is not wearing clothing. She is lying on a bed covered in a grey and blue comforter with flowers on it. Her genital / pubic area is the focal point of the video. Her face is also visible during the video. In the video, Cruz engaged in sexual conduct with Minor Victim 1 by putting his mouth on her genitals. CRUZ's face is clearly visible in the video.

B. The file titled **20160213_151645** is a video lasting 33 seconds. The video depicts Minor Victim 1 lying on her stomach on a bed covered in a grey and blue comforter with flowers on it. Her genital / pubic area and anus are uncovered and are the focus of the video. Ejaculate appears to cover the genitals and anus of Minor Victim 1. A male voice is heard whispering in Spanish to Minor Victim 1. Minor Victim 1's face is clearly visible in the video.

C. The file titled **20160318_152514** is a video lasting 1 minute and 9 seconds. The video depicts Minor Victim 1 lying on her back. She is not wearing any clothing. Her face is clearly visible during the video. Her genital and pubic areas, as well as her anus and breasts, are the focus of the video. In the video, CRUZ kissed Minor Victim 1 and he also put his mouth on Minor Victim 1's breast.

D. The file titled **20160505_151300** is a video lasting 59 seconds. The video depicts Minor Victim 1 lying on her back. She is not wearing any clothing. Her face,

breasts and genital / pubic area are clearly visible during the video. Minor Victim 1 is shown manually stimulating an adult male's penis while he stands between her legs. The adult male and Minor Victim 1 can be heard speaking in Spanish. The focus of the video is Minor Victim 1 manually stimulating the adult male's penis.

13. CRUZ is a Mexican national who speaks Spanish.

14. On March 29, 2017, agents and officers attempted to contact CRUZ at the Target telephone number after visiting CRUZ's place of residence, 1342 Norfolk Circle, Indianapolis, IN 46224. Agents and officers also attempted to locate CRUZ at a home where it was believed that CRUZ could be located, which was on Tibbs Ave in Indianapolis, Marion County, IN. He could not be found there. On March 29, 2017, CRUZ answered a phone call from agents and officers, but CRUZ hung up the phone when asked for his location. On March 30, 2017, officers conducted surveillance on the locations CRUZ is associated with and were unable to locate CRUZ or his vehicle. CRUZ is aware of the law enforcement investigation into him, and he poses a risk of flight.

15. **Interstate or foreign commerce**: The cell phone used to create the videos of Minor Victim 1 and the HP Pavilion PC Tower used to store the videos were manufactured outside of the State of Indiana or contain parts that were manufactured outside of the State of Indiana, and therefore, travelled in interstate or foreign commerce.

## CONCLUSION

16.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **Gustavo Cruz** has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Gustavo Cruz** charging him with the offenses listed above.

Andrew Willmann
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 31 day of March 2017.

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana